Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED

APR 27 2022

U.S. DISTRICT COURT   WVND
CLARKSBURG, WV 26301

Cynthia Gilmore #63556-056 )
SFF Hazelton )
PO Box 3000 )
Bruceton Mills, WV 26525 , )
(Full name under which you were convicted, )
prison number, place of confinement, and )
full mailing address) )
)
)
            Petitioner, )
   vs. )
)
SFF Hazelton Warden , )
(Name of Warden or other authorized person )
where you are incarcerated) )
)
            Respondent. )
_____ )

**Petition for Habeas Corpus
Pursuant to 28 U.S.C. § 2241**

Civil Action No. 5:22cv109
(to be assigned by Clerk)

Bailey
Mazzone
Blalock

**Important notes to read before completing this form:**

★   Please read the entire petition **before** filling it out. Answer **only** those questions which pertain to your claim(s).

---

1.   This petition concerns (check the appropriate box):

   ☐ a conviction
   ☒ a sentence
   ☐ jail or prison conditions
   ☐ prison disciplinary proceedings
   ☐ a parole problem
   ☐ other, state briefly: _____

Attachment A

_____
_____
_____

2. Are you represented by counsel?   ☐ Yes   ☒ No

If you answered yes, list your counsel's name and address: _____
_____
_____

3. List the name and location of the court which imposed your sentence:
Western District of North Carolina
_____
_____

4. List the case number, if known: DNCW317CR000134-019

5. List the nature of the offense for which the sentence was imposed:
- Conspiracy to Participate in Racketeering - RICO
_____
_____

6. List the date each sentence was imposed and the terms of the sentence:
Oct 22, 2018; 228 months
_____
_____

7. What was your plea to each count? (Check one)

   ☐ Guilty
   ☒ Not Guilty
   ☐ Nolo Contendere

Attachment A

8. If you were found guilty after a plea of not guilty, how was that finding made?

☒ A jury
☐ A Judge without a jury
☐ A Magistrate Judge without a jury

9. Did you appeal from the judgment of conviction or imposition of the sentence?

☒ Yes    ☐ No

10. If you did appeal, give the following information for each appeal:

A. Name of Court: Western District United States Court Appeals 4th Circuit
B. Result: Denied
C. Date of Result: 6-26-2020
D. Grounds raised (List each one): _____
 - prosecutorial misconduct
 - District Courts decision to empanel an anonymous jury
 - The substantive reasonableness of appellants sentences for abuse only
 - Appellants challenge their sentences as generally being procedurally & substantively unreasonable.

Note: if you filed an appeal in more than one court, attach an additional sheet of paper of the same size and give all of the information requested in Question 10, A through D.

11. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? This is called a post-conviction pleading.

☒ Yes    ☐ No

If your answer was yes, complete the following sections:

A. First post-conviction proceeding:
 1. Name of Court: United States Court 4th Circuit

Attachment A

  2. Nature of Proceeding: __2255__
  3. Grounds Raised: ____
  4. Did you receive an evidentiary hearing ?  ☐ Yes  ☒ No
  5. Result: __NA to date__
  6. Date of Result: __no result yet__

B. Second post-conviction proceeding:
  1. Name of Court: ____
  2. Nature of Proceeding: ____
  3. Grounds Raised: ____
  4. Did you receive an evidentiary hearing ? ☐ Yes  ☐ No
  5. Result: ____
  6. Date of Result: ____

C. Did you appeal to the result of the post conviction proceeding(s) to the highest court having jurisdiction?
  1. First proceeding: ☒ Yes ☐ No Result: __Denied__
  2. Second proceeding: ☐ Yes ☐ No Result: ____

D. If you did not appeal the adverse result of the post-conviction proceeding(s), explain briefly why not: ____

12. For your information, the following is a list of the most frequently raised grounds for relief in applications for habeas corpus pursuant to 28 U.S.C. §2241. You may raise any grounds which you may have other than those listed. However, in this application, you should raise all available grounds on which you base your petition. **Do not check** any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. **The petition will be returned to you if you merely check one or more of the grounds:**

  A. U.S. Parole Commission unlawfully revoked my parole.
  B. Federal Bureau of Prisons unlawfully computed my sentence.

Attachment A

    C.    Federal Bureau of Prisons unlawfully denied me credit for time served in state or federal prison.
    D.    Federal Bureau of Prisons or State prison system unlawfully revoked my good time credits.
    E.    There is an unlawful detainer lodged against me.
    F.    I am a citizen and resident of a foreign country and I am in custody for an act which I had a right to commit under the laws of my country.
    G.    The act for which I was convicted is no longer considered to be a crime, and I cannot raise this issue in a §2254 petition or a §2255 motion.

**CAUTION: if you fail to set forth all of the grounds in this petition at this time, you may be barred from presenting additional grounds at a later date.**

State clearly every ground on which you are seeking relief. Summarize briefly the facts supporting each ground. If necessary, attach a total of five (5) typed or ten (10) neatly printed pages maximum for all grounds and all attachments.

    A.    Ground one:

Federal Bureau of Prisons unlawfully computed my sentence. Motion for hardship credit for hardtime served. I'm asking the court to award me 2 days credit for every 120 days I served COVID.

Supporting facts: tell your story briefly without citing cases or law. You are cautioned that you must state facts, not conclusion, in support of your grounds. A "rule of thumb" to follow is this: who did exactly what to violate your rights at what time and place).

120 days all negatively affected by COVID, locked down for days only let out for 10 min, shower every 3 days, no hot meals for over 6 months, no email, no phone calls, no rec, no excersize, limited medical treatment, no mental health treatment.

    B.    Ground two:

Attachment A

Get 15 days credit per First Step Act since Dec. 22, 2018, I'm a low inmate, I have worked & taken classes the whole time.

Supporting facts:
per 18 USC 3632(d)(4)(A)(i) First Step Act credit, 15 days from Dec. 22, 2018 – current per month taken off my sentence, adjust my out date.

C.  Ground three:
Section 3553(a)(6) must consider the need to avoid unwarranted sentence disparities. Motion & Reduction in sentence motion for relief under First Step Act by 18 USC 3582(c)(1)(B)

Supporting facts:
Requesting a downward variance section 404 of First Step Act. My incident free time in prison and Completed 1400 hours of programs & 2000 hours of work.

D.  Ground four:
18 USC 924(c) stacked charges First Step Act unreasonable sentence, take off my stacked charges

Attachment A

Supporting facts: The First Step Act clarified that 924(c) convictions weren't to be stacked.

13. Were all of the above grounds presented to another court, state or federal? If not, state which grounds were not presented. If yes, state the name of the court, date of decision, and the nature of the outcome:
No

14. If this petition concerns prison disciplinary proceedings, a parole problem, computation of sentence, or other case under 28 U.S.C. § 2241, answer the following questions:

   A. Did you present the facts in relation to your present petition in the prison's internal grievance procedure?

   ☒ Yes     ☐ No

   1. If your answer to "A" above was yes, what was the result:
   The warden denied my 9's went to region, the warden will not grant me first step act credits or COVID credit or take off 924(c) stacking

Attachment A

2. If your answer to "A" above was no, explain:
_____
_____
_____

B. If you are a federal prisoner, did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

☒ Yes  ☐ No

1. If your answer to "B" above was yes, what was the result:
My administrative remedies were denied
_____
_____

2. If your answer to "B" above was no, explain:
_____
_____
_____

15. Relief: State here, as briefly as possible, exactly what you want the court to do for you:

1. Make **no** legal arguments.
2. Cite **no** cases or statutes.

I want to be granted Hardtime credit for 320 days so 1480 days taken off my sentence. 2. I would like 15 days of First Step Act & 615 days & counting off my sentence, adjusted. I would like motion to reduce sentence to time served & go home. 4. I would like my motion for adjusted judgement & commitment granted to time served.

Attachment A

16. If a previous motion to vacate or modify a prisoner's sentence, pursuant to Section 2255, was not filed, or if such a motion was filed and denied, the reasons why Petitioner's remedy by way of Section 2255 is inadequate or ineffective to test the legality of the detention.

I disagree with the Bureau of Prisons computation of sentence credit, I seeked administrative review and now filing a petition under 2241 is correct.

Signed this 21 day of 4, 2022.
  (day)        (month)      (year)

Cynthia M ____
Your Signature

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state), under penalty of perjury, that the foregoing is true and correct.

Date of Signature: 4-21-22    Cynthia M ____
                              Your Signature

Attachment D

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Cynthia Gilmore #63556-056
_____
Your full name

v.                                                    Civil Action No.: _____

SFF Hazelton Warden
PO Box 3000
Bruceton Mills, WV 26525
_____
Enter above the full name of respondent in this action

## Certificate of Service

I, Cynthia Gilmore (your name here), appearing *pro se*, hereby certify that I have served the foregoing 2241 _____ (title of document being sent) upon the respondent by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the respondent on 4-17-2022 (insert date here):

(List name and address of counsel for respondent)

Cynthia _____
(sign your name)